4 So.3d 1269 (2009)
Michael Wayne SMELLEY, Appellant,
v.
STATE of Florida, Appellee.
No. 1D09-0459.
District Court of Appeal of Florida, First District.
March 24, 2009.
James Owens, Public Defender, First Judicial Circuit, and Jelani Berry, Assistant Public Defender, Crestview, for Appellant.
Bill McCollum, Attorney General, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. See Palmer v. State, 782 So.2d 508 (Fla. 1st DCA 2001).
BARFIELD, VAN NORTWICK, and LEWIS, JJ., concur.